**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://www.facebook.com/TheComedyStore/photos/pb.100050660191653.-2207520000../10159179999777313/?type=3

