| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | JS-6 |

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.    **CV 23-1084-JFW(SHKx)** | Date: February 20, 2024 |

Title:    David Plastik -v- The Comedy Store

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

   In the Court's Scheduling and Case Management Order ("CMO") filed on July 3, 2023, the Court set November 27, 2023 as the last day to conduct a Settlement Conference/Mediation, and November 30, 2023 as the last day to file a Joint Report Re: Results of Settlement Conference/Mediation. Based on the Court's review of the docket, it appears that the parties have violated the Court's CMO by failing to file a Joint Report Re: Results of Settlement Conference/Mediation by November 30, 2023, and by presumably failing to complete the Settlement Conference/Mediation by November 27, 2023.

   As a result of the parties' failure to comply with the Court's CMO, this action is hereby **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

   IT IS SO ORDERED.